352

(No. 75-CC-573—

CHICAGO LAKESHORE HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILD AND FAMILY SERVICES, Respondent.

*Opinion filed February 28, 1975.*

CHICAGO LAKESHORE HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-642—

RAYMOND H. LANE, Supt. Dist. #2, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed February 28, 1975.*

RAYMOND H. LANE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.